**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Judge : Bill Wilson** |
| **counsel: Julie Pekron** | **Reporter: J. Ammons** |
| **counsel:** | **Clerk: M. Johnson** |
| | **Interpreter:** |
| **vs** | **USPO: C. Grimes** |
| **RODNEY LEE POOLE** | |
| **counsel: Chris Tarver** | |
| **counsel:** | **Date: July 24, 2008** |
| | **CASE NO: 4:04CR00289-02** |

**COURT PROCEEDING: Probation Revocation Hearing**

**Begin: 10:03 a.m.**                                                                                     **End: 10:25 a.m.**

**Court calls cases and reviews to present; deft admits some of the alleged violations; Court finds admitted violations occurred; motions to revoke GRANTED; 14 months BOP; no SR to follow; recommend Springfield Medical facility; deft remanded into custody of U.S. Marshal; amended J&C to be entered.**

**Court in recess.**